# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  ANGELA HILL ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIV-14-472-C |
| ) | |
| 1.  INTEGRIS HEALTH, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER ENLARGING THE ADMINISTRATIVE CLOSING DEADLINE

**ON THE APPLICATION OF THE PARTIES** [Doc. 22], and for good cause shown, the Administrative Closing deadline is hereby enlarged from December 8, 2014 to December 22, 2014.

**SO ORDERED THIS 8th DAY OF DECEMBER, 2014.**

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge